## Perry Davis Plaintiff vs. Healthcare Revenue Recovery Group LLC Defendant

**Broward County Case Number:** COCE21004262
**State Reporting Number:** 062021SC004262AXXXCE
**Court Type:** Civil
**Case Type:** * SC Damages > $500 - $2,500
**Incident Date:** N/A
**Filing Date:** 01/26/2021
**Court Location:** Central Courthouse
**Case Status:** Pending
**Magistrate Id / Name:** N/A
**Judge ID / Name:** 51 McCarthy, Kathleen

### – Party(ies)

Total: 3

| Party Type | Party Name | Address | Attorneys / Address ★ Denotes Lead Attorney |
|---|---|---|---|
| Plaintiff | **Davis, Perry** | | ★ Hindi, Jibrael S Retained Bar ID: 118259 Attn: The Law Offices of Jibrael S Hindi 110 SE 6th ST STE 1744 Fort Lauderdale, FL 33301 **Status: Active** |
| Defendant | **Health Revenue Recovery Group LLC** *Doing Business As* **ARS Account Resolution Services** Other | | |
| Defendant | **Healthcare Revenue Recovery Group LLC** *Doing Business As* **ARS Account Resolution Services** | | |

### – Disposition(s)

Total: 0

## Event(s) & Document(s)
Total: 9

| Date | Description | Additional Text | View | Pages |
|------|-------------|-----------------|------|-------|
| 04/14/2021 | **Notice of Filing/Affidavit of Service Returned Served** | 30th day of March, 2021 Party: *Defendant* Healthcare Revenue Recovery Group LLC | 📄 | 5 |
| 03/24/2021 | **Summons Returned Unserved/Unexecuted** | | 📄 | 2 |
| 03/24/2021 | **eSummons Issuance - Alias Pretrial** | | 📄 | 4 |
| 03/22/2021 | **Copies Mailed** | EMAILED NOTICE RESETTING CONFERENCE PRETRIAL 7/20/2021 | | |
| 03/18/2021 | **Notice to Attend Pretrial Conference Via Zoom** | 7/20/2021 at 10:01 AM | 📄 | 2 |
| 03/17/2021 | **Disposition Order on Pretrial Conference** | RESET | 📄 | 1 |
| 01/26/2021 | **Civil Cover Sheet** | Amount: $1.00 | 📄 | 3 |
| 01/26/2021 | **eSummons Issuance - Pretrial** | | 📄 | 4 |
| 01/26/2021 | **Statement of Claim (eFiled)** | | 📄 | 9 |

## Hearing(s)
Total: 2

| Date | Description | Additional Text |
|------|-------------|-----------------|
| 07/20/2021 | **Existing Case Resets** | Hearing Time: 10:01 AM Judicial Officer(s):51 McCarthy, Kathleen Location: https://17thflcourts.zoom.us/j/874680432 |

| Date | Description | Additional Text |
|------|-------------|-----------------|
| 03/09/2021 | **Pretrial Hearing** | Hearing Time: 9:15 AM<br>Judicial Officer(s):51 McCarthy, Kathleen<br>Location: https://17thflcourts.zoom.us/j/874680432 |

---

**−** Related Case(s)                                                    Total: 0

**There is no related case information available for this case.**

**FORM 1.997.    CIVIL COVER SHEET**

The civil cover sheet and the information contained in it neither replace nor supplement the filing and service of pleadings or other documents as required by law. This form must be filed by the plaintiff or petitioner with the Clerk of Court for the purpose of reporting uniform data pursuant to section 25.075, Florida Statutes. (See instructions for completion.)

    **I.    CASE STYLE**

IN THE CIRCUIT COURT OF THE <u>SEVENTEENTH</u>  JUDICIAL CIRCUIT,
IN AND FOR <u>BROWARD</u>  COUNTY, FLORIDA

<u>Perry Davis</u>
Plaintiff

Case # _____
Judge _____

vs.

<u>Health Revenue Recovery Group LLC dba ARS</u>
 Defendant

    **II.    AMOUNT OF CLAIM**

Please indicate the estimated amount of the claim, rounded to the nearest dollar. The estimated amount of the claim is requested for data collection and clerical processing purposes only. The amount of the claim shall not be used for any other purpose.

☒  $8,000 or less
☐ $8,001 - $30,000
☐ $30,001- $50,000
☐ $50,001- $75,000
☐ $75,001 - $100,000
☐ over $100,000.00

    **III.    TYPE OF CASE**    (If the case fits more than one type of case,  select the most definitive category.) If the most descriptive label is a subcategory (is indented under a broader category), place an x on both the main category and subcategory lines.

- 1 -

## CIRCUIT CIVIL

☐ Condominium
☐ Contracts and indebtedness
☐ Eminent domain
☐ Auto negligence
☐ Negligence—other
    ☐ Business governance
    ☐ Business torts
    ☐ Environmental/Toxic tort
    ☐ Third party indemnification
    ☐ Construction defect
    ☐ Mass tort
    ☐ Negligent security
    ☐ Nursing home negligence
    ☐ Premises liability—commercial
    ☐ Premises liability—residential
☐ Products liability
☐ Real Property/Mortgage foreclosure
    ☐ Commercial foreclosure
    ☐ Homestead residential foreclosure
    ☐ Non-homestead residential foreclosure
    ☐ Other real property actions

☐ Professional malpractice
    ☐ Malpractice—business
    ☐ Malpractice—medical
    ☐ Malpractice—other professional
☐ Other
    ☐ Antitrust/Trade regulation
    ☐ Business transactions
    ☐ Constitutional challenge—statute or ordinance
    ☐ Constitutional challenge—proposed amendment
    ☐ Corporate trusts
    ☐ Discrimination—employment or other
    ☐ Insurance claims
    ☐ Intellectual property
    ☐ Libel/Slander
    ☐ Shareholder derivative action
    ☐ Securities litigation
    ☐ Trade secrets
    ☐ Trust litigation

## COUNTY CIVIL

☒ Small Claims up to $8,000
☐ Civil
☐ Real property/Mortgage foreclosure

☐ Replevins
☐ Evictions
    ☐ Residential Evictions
    ☐ Non-residential Evictions
☐ Other civil (non-monetary)

## COMPLEX BUSINESS COURT

This action is appropriate for assignment to Complex Business Court as delineated and mandated by the Administrative Order. Yes ☐ No ☒

**IV. REMEDIES SOUGHT** (check all that apply):
☒ Monetary;
☐ Nonmonetary declaratory or injunctive relief;
☐ Punitive

**V. NUMBER OF CAUSES OF ACTION:** [ ]
(Specify)

   <u>1</u>

**VI. IS THIS CASE A CLASS ACTION LAWSUIT?**
☐ yes
☒ no

**VII. HAS NOTICE OF ANY KNOWN RELATED CASE BEEN FILED?**
☒ no
☐ yes If "yes," list all related cases by name, case number, and court.

**VIII. IS JURY TRIAL DEMANDED IN COMPLAINT?**
☒ yes
☐ no

I CERTIFY that the information I have provided in this cover sheet is accurate to the best of my knowledge and belief, and that I have read and will comply with the requirements of Florida Rule of Judicial Administration 2.425.

Signature: <u>s/ Thomas John Patti III</u>       Fla. Bar # <u>118377</u>
        Attorney or party                    (Bar # if attorney)

<u>Thomas John Patti III</u>           <u>01/26/2021</u>
 (type or print name)            Date

**IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT
IN AND FOR BROWARD COUNTY, FLORIDA**

**PERRY DAVIS**,

       Plaintiff**,**

                                    **Case No.:**

v.

                                  **JURY TRIAL DEMANDED**

**HEALTHCARE REVENUE RECOVERY
GROUP LLC,** *d/b/a* **ARS ACCOUNT
RESOLUTION SERVICES**,

       Defendant.

_____/

## STATEMENT OF CLAIM

       Plaintiff Perry Davis ("Plaintiff") sues Defendant Healthcare Revenue Recovery Group,

LLC, *doing business as* ARS Account Resolution Services ("Defendant") for violations of the Fair

Debt Collection Practices Act ("FDCPA").

## JURISDICTION AND VENUE

       1.     This Court has subject matter jurisdiction over Plaintiff and Defendant

(collectively, the "Parties"), because the cause of action arises within the jurisdiction of this Court

and, thus, venue and jurisdiction are proper.

       2.     This Court has personal jurisdiction over Defendant because Defendant are

operating, present, and/or doing business within this jurisdiction and because the complained of

conduct of Defendant occurred within Broward County, Florida.

       3.     The amount in controversy is greater than $500.00, but does not exceed $2,500.00,

exclusive of costs, interest, and attorneys' fees, and is otherwise within this Court's jurisdiction.

       4.     Venue of this action is proper in this Court because, pursuant to Fla. Stat. § 47.011,

et seq., the cause of action alleged below arose in Broward County Florida.

**LAW OFFICES OF JIBRAEL S. HINDI, PLLC**
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN, CLERK 01/26/2021 11:22:46 AM.****

**PARTIES**

5.      Plaintiff is a natural person, and a citizen of the State of Florida, residing in Broward County, Florida.

6.      Defendant is a Florida limited liability company, with its principal place of business located in Sunrise, Florida.

**DEMAND FOR JURY TRIAL**

7.      Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

**FACTUAL ALLEGATIONS**

8.      This action involves debt arising from a transaction between the original creditor, Inphynet, and Plaintiff, of which was primarily for the personal benefit of Plaintiff, Plaintiff's family, as well as members of Plaintiff's household (the "Consumer Debt").

9.      Plaintiff is the alleged debtor of the Consumer Debt.

10.      Defendant is a debt collector governed by both the FDCPA and FCCPA.

11.      Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

12.      Defendant is a business entity engaged in the business of collecting consumer debts.

13.      Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due another.

14.      Defendant is an entity required to register with the Florida Office of Financial Regulation as a "Consumer Collection Agency" to lawfully collect consumer debts in Florida.

15.      The Consumer Debt is a debt which Defendant-DC must possess a valid Consumer Collection Agency license to lawfully collect or attempt to collect from Plaintiff.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

16.     Defendant is registered with the Florida Office of Financial Regulation as a "Consumer Collection Agency."

17.     Defendant's "Consumer Collection Agency" license number is CCA0900844.

18.     For Defendant's "Consumer Collection Agency" license to remain valid, Defendant-DC is required to maintain, *at minimum*, all records specified in Rule 69V-180.080, Florida Administrative Code, and keep such records current within one week of the current date.

19.     Rule 69V-180.080(3)(e) of the Florida Administrative Code commands that Defendant *shall* maintain: "[t]he debtor's account of activity disclosing… a record of payments made by the debtor, including the date received and the amount and balance owing."

20.     Rule 69V-180.080(9)(a)-(b) of the Florida Administrative Code commands that Defendant *shall* maintain: "basic information about the debt including, at minimum… [d]ocumentation of the debt provided by the creditor," as well as "[t]he date the debt was incurred and the date of the last payment."

21.     Defendant maintains all the records specified in Rule 69V-180.080, Florida Administrative Code.

22.     The records specified by Rule 69V-180.080, Florida Administrative Code, of which Defendant does maintain, are current to within one week of the current date.

23.     On a date better known by Defendant, Defendant sent Plaintiff a letter, internally dated October 29, 2020, (the "Collection Letter") in an attempt to collect the Consumer Debt. Attached as Exhibit "A" is a copy of the Collection Letter.

24.     In the Collection Letter, Defendant asserts that the amount of the Consumer Debt is $1,396.00.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

25.     The Consumer Debt is a time-barred debt, *in that*, the creditor of the Consumer Debt cannot sue Plaintiff to recover or otherwise collect the Consumer Debt.

26.     Defendant, by way of the documentation and information it (Defendant) is required to maintain to retain a valid Consumer Collection Agency license, knew that the Consumer Debt was a time-barred debt.

27.     Defendant does not disclose in the Collection Letter that the Consumer Debt is a time-barred debt.

28.     Defendant does not disclose in the Collection Letter that, because of the age of the Consumer Debt, Plaintiff cannot be sued for its (the Consumer Debt's) collection.

## COUNT I.
## VIOLATION OF 15 U.S.C. § 1692e, § 1692e(2)(A) and § 1692f

29.     Plaintiff incorporates by reference paragraphs 1-28 of this Statement of Claim as though fully stated herein.

30.     Defendant violated § 1692e, § 1692e(2)(A), and § 1692f of the FDCPA because, in light of the least sophisticated consumer standard, the Collection Letter was a deceptive, misleading, unfair, and otherwise an unconscionable attempt to collect a time-barred debt.

31.     First, the Collection Letter *does not* inform the least sophisticated consumer that Defendant **cannot** sue to collect the Consumer Debt, or for that matter, inform the least sophisticated consumer that the Consumer Debt is a time-barred debt. Buchanan v. Northland Group, Inc., 776 F.3d 393, 399 (6th Cir. 2015) (reversing dismissal of FDCPA claim involving a letter that used the term "settlement offer" and stating, "The other problem with the letter is that an unsophisticated debtor who cannot afford the settlement offer might nevertheless assume from the letter that some payment is better than no payment. Not true: Some payment is worse than no payment. The general rule in Michigan is that partial payment restarts the statute-of-limitations

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

clock, giving the creditor a new opportunity to sue for the full debt. As a result, paying anything less than the settlement offer exposes a debtor to substantial new risk.") (internal citation omitted);

32.     Second, the Collection Letter *does not* inform the least sophisticated consumer that if the consumer made, or even agreed to make, a partial payment towards Consumer Debt, the payment would restart the clock on the long-expired statute of limitations – or, put differently, revive a debt that had been long-dead. Smothers, 2016 WL 7485686, at *5 ("The least sophisticated consumer most certainly would not be aware that making a payment could make the debt judicially enforceable again—particularly when the collector tells the consumer that the law limits how long she can be sued and that the collector will not sue. Explaining to the consumer all of the benefits she will receive by making payments on a stale debt, while neglecting to address Kansas law that would make the debt judicially enforceable again, is a misrepresentation of the character and legal status of the debt under the FDCPA. The court determines as a matter of law that defendant violated the FDCPA by sending the letter to plaintiff.").

33.     The Seventh Circuit issued its decision in Pantoja v. Portfolio Recovery Assocs., LLC, 2017 WL 1160902 (7th Cir. Mar. 29, 2017) whereby the court directly addressed the *same facts*, the *same claim*, and the *same defendant* which Plaintiff now brings before this Court in search of relief.

34.     In relevant part, the Pantoja court encapsulated the matter before it as follows:

The point of controversy here concerns efforts to collect consumer debts on which the statute of limitations has expired when the effort does *not* involve filing or threatening a lawsuit. Compare McMahon v. LVNV Funding, LLC, 744 F.3d at 1020 (7th Cir. 2014) (dunning letters offering to "settle" time-barred debts could violate Act by leading debtors to believe the debts were legally enforceable); Daugherty v. Convergent Outsourcing, Inc., 836 F.3d 507, 509 (5th Cir. 2016) (effort to collect is not automatically unlawful, but letter violates FDCPA if it could lead unsophisticated consumer to believe her time-barred debt is legally enforceable); and Buchanan v. Northland Group, Inc., 776 F.3d 393, 397 (6th Cir. 2015) (reversing dismissal on pleadings; offer to settle time-barred debt could

violate Act by failing to disclose that suit would be time-barred or that partial payment would remove statute of limitations bar), with <u>Huertas v. Galaxy Asset Mgmt.</u>, 641 F.3d 28, 33 (3d Cir. 2011) holding that attempt to collect a time-barred debt was permissible if litigation not threatened), and <u>Freyermuth v. Credit Bureau Services, Inc.</u>, 248 F.3d 767, 771 (8th Cir. 2001) (same).

<u>Pantoja</u>, 2017 WL 1160902 at *2.

35.     In addressing said issue, the <u>Pantoja</u> court – without provocation – opined that "the opportunities for mischief and deception, particularly when sophisticated parties aim carefully crafted messages at unsophisticated consumers, may well be so great that the better approach is simply to find that any such efforts violate the FDCPA's prohibitions on deceptive or misleading means to collect debts, § 1692e, and on 'unfair or unconscionable means' to attempt to collect debts, § 1692f." <u>Id.</u> at 3. Yet, the court noted that it could "decide [the] case on narrower grounds," as the "plaintiff [did] not argue for that broad rule."

36.     In contrast to the matter at hand, make no mistake, Plaintiff **_urges_** for the implementation of a broad prohibition on the collection of time-barred debt. No matter how regulated or restrictive the practice becomes, so long as the collection of time-barred consumer debt is permissible, debt collectors will develop practices and techniques to circumvent such restrictions. Collecting time-barred debts offers debt collectors too alluring of an opportunity. A time-barred debt can be purchased for a fraction of its face value, thereby making the potential profit so high that the punishment for engaging in deceptive and/or unfair collection practices, i.e., being sued by the debtor, is an easily tolerable cost-of-business for debt collectors.

37.     Shifting back to <u>Pantoja</u>, the Seventh Circuit, after having served both the facts and law, affirmed the district court's summary judgment for the plaintiff, stating:

> We agree with the district court's two reasons for finding that the dunning letter here was deceptive. First, the letter does not even hint, let alone make clear to the recipient, that if he makes a partial payment or even just a promise to make a partial payment, he risks loss of the otherwise ironclad protection of the statute of

limitations. Second, the letter did not make clear to the recipient that the law prohibits the collector from suing to collect this old debt. Either is sufficient reason to affirm summary judgment for the plaintiff.

<u>Pantoja</u>, 2017 WL 1160902 at *2

38.     Accordingly, Defendant violated failed § 1692e, § 1692e(2)(A), and § 1692f of the FDCPA by failing to sufficiently inform the least sophisticated consumer that the Consumer Debt was *absolutely* time-barred.

39.     WHEREFORE, Plaintiff, respectfully, requests this Court to enter a judgment against Defendants, awarding Plaintiff the following relief:

(a)     Statutory damages as provided under Fla. Stat. §559.77(2);

(b)     Costs and reasonable attorneys' fees pursuant to Fla. Stat. §559.77(2); and

(c)     Any other relief that this Court deems appropriate under the circumstances.

DATED: January 26, 2021

Respectfully Submitted,

 /s/ Jibrael S. Hindi
**JIBRAEL S. HINDI, ESQ.**
Florida Bar No.: 118259
E-mail:    jibrael@jibraellaw.com
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377
E-mail:    tom@jibraellaw.com
THE LAW OFFICES OF JIBRAEL S. HINDI
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Phone:     954-907-1136
Fax:        855-529-9540

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

# EXHIBIT "A"

# ARS

MAIL RETURN ONLY
PO BOX 8668 · CORAL SPRINGS FL 33075-8668

**Account Resolution Services**
a division of HRRG, LLC
P.O. Box 459079
Sunrise, FL 33345-9079
Toll Free Phone 800-694-3048
En Español 800-694-3397
Hours of Operation
Mon - Thurs 8:30am EST to 8:00pm EST
Fri 8:30am EST to 5:30pm EST

October 29, 2020

ARS △ 0 0 0 1 4 4  B6
PERRY GARFIELD DAVIS
5935 DEL LAGO CIR APT 307
SUNRISE FL 33313-6301

Re: 82006652
www.arspayment.com
PIN# 2.82006652.509

Dear Perry Garfield Davis:

As you are already aware, ARS represents physicians who provide services in healthcare facilities throughout the country. In response to your request for verification of debt we have listed the information below. ARS has verified this information with our client, and confirmed the outstanding balance of $1396.00.

The account(s) are delinquent.

Best regards,

ARS Account Resolution Services

This communication is from a debt collector. This is an attempt to collect a debt and any information obtained will be used for that purpose. (NOTICE : SEE REVERSE FOR IMPORTANT INFORMATION).

This past due amount remains outstanding from services provided on the following date(s):

| Creditor | Account # | Regarding | Amt Owed | ServDate |
|----------|-----------|-----------|----------|----------|
| INPHYNET S BROWARD | 0148741458-01138724 | DAVIS,PERRY GARFIELD | 1396.00 | 03/30/15 |

A17

**IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA**

**PERRY DAVIS**,

Plaintiff(s),

Case No.: _____

Judge: _____

VERSE

Division: _____

**HEALTHCARE REVENUE RECOVERY GROUP LLC, d/b/a ARS ACCOUNT RESOLUTION SERVICES**,

Defendant(s).

_____/

## SUMMONS/NOTICE TO APPEAR
## PRETRIAL CONFERENCE [REMOTE APPEARANCE]

### STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**Plaintiff Perry Davis**,
*c/o* Law Offices of Jibrael S. Hindi, PLLC, 110 SE 6th Street, 17th Floor, Ft. Lauderdale, FL 33301

**Defendant Healthcare Revenue Recovery Group LLC, d/b/a ARS Account Resolution Services**,
*c/o* 265 Brookview Centre Way, Suite 400, Knoxville, TN 37919

---

Pretrial Information: Appear at

on 03/09/2021 at 9:15 AM
in https://17thflcourts.zoom.us/j/874680432.

---

**IMPORTANT – READ CAREFULLY – THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY.**

**THESE ARE THE THINGS YOU MUST DO:**

**STEP ONE.** Promptly contact Court Mediation Services at Smallclaims@17th.flcourts.org. to schedule your FREE mediation before the Court's neutral mediators in an attempt to resolve you case and/or arrange for a payment plan. [Please provide your name and case number in your email.] If you resolve your case, you will not need to attend the pretrial conference.

**STEP TWO.** If your case does not resolve before the pretrial conference date above, locate the zoom Videoconference information for your assigned division on the attached Zoom link information page or as noted above. You can also locate the Zoom link at **http://www.17th.flcourts.org/judiciary-list-and-category**. (NOTE: Your Division Number is indicated at the very top of this page.) If you do not have an attorney, you may appear by telephone if you do not have access to video appearance through your computer or telephone.

Page **1** of 4

The telephone number is also available for each Division at http://www.17th.flcourts.org/judiciary-list-and-category.

**STEP THREE.**   Attend the pretrial conference by Zoom videoconference. The defendant(s) must appear on the date specified above at the assigned time to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE.   The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**ADDITIONAL INFORMATION.** Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal or a business entity. A principal is defined as being an officer, member, managing member, or partner in the business entity. Written authorization must be filed with the Court prior to the pretrial conference.

The purpose of the pretrial conference is to note your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of the witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long the trial will take.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE:  The law gives the person or company who has sued you the right to file the lawsuit in any one of several places as listed below.  However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue.  A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note was signed or where  the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any 1 or more of the defendants sued reside; (6) any location agreed to in the contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where the payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court at least 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's('s) attorney, if any.

A copy of the statement of claim shall be served with this summons /notice to appear.

Issued on _____JAN 28 2021_____.

Filed by: _____

Address: _____

        _____

BRENDA D. ~~FORM~~

AS CLERK ~~of the Court~~

BRENDA D. FORMAN

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## <u>ZOOM LINK INFORMATION (BROWARD COUNTY)</u>

<u>**Step 1**</u>: **Locate your division number on the very top of the first page of this Summons**

<u>**Step 2**</u>: **Access via computer the Zoom Link below corresponding to your assigned division number.**

<u>**Step 3**</u>:  **Follow the instructions on your computer screen and select ONE of the audio conference options.  You may join by phone call or by computer audio (speaker and microphone required for computer audio).  Please note that COUNSEL must join by computer audio/video so that you are easily identified.**

<u>**Step 4**</u>:  **If you do not have access to computer video/audio, you may call by telephone:**

**US toll-free numbers (888) 475-4499,**

**(833) 548-0276, (833) 548-0282, or (877) 853-5257**

**When prompted on the telephone for the "Meeting ID," use the 9 to 11-digit code at the end <u>of the division link below.</u>**

**Division 47** <u>https://17thflcourts.zoom.us/j/95687147196</u>

**Division 48** https://17thflcourts.zoom.us/j/292953734

**Division 49** https://17thflcourts.zoom.us/j/906144255

**Division 50** https://17thflcourts.zoom.us/j/154272965

**Division 51** https://17thflcourts.zoom.us/j/874680432

**Division 52** https://17thflcourts.zoom.us/j/530095888

**Division 53** https://17thflcourts.zoom.us/j/401645765

**Division 54** https://17thflcourts.zoom.us/j/911872548

**Division 55** https://17thflcourts.zoom.us/j/832434674

**Division 56** https://17thflcourts.zoom.us/j/121103675

**Division 60** https://17thflcourts.zoom.us/j/990901272

**Division 61** https://17thflcourts.zoom.us/j/606672692

**Division 62** https://17th.flcourts.zoom.us/j/98661669177

**Division 70** https://17thflcourts.zoom.us/j/561587919

**Division 71** https://17thflcourts.zoom.us/j/294767991

**Division 72** https://17thflcourts.zoom.us/j/402362403

**Division 73** https://17thflcourts.zoom.us/j/499985495

**Division 80** https://17thflcourts.zoom.us/j/489403007

**Division 81** https://17thflcourts.zoom.us/j/855034385

**Division 82** https://17thflcourts.zoom.us/j/190948749

**Division 83** https://17thflcourts.zoom.us/j/684278427

PERRY DAVIS,

Plaintiff(s),

VERSE

HEALTHCARE REVENUE
RECOVERY GROUP LLC, d/b/a ARS
ACCOUNT RESOLUTION SERVICES,

Defendant(s).

_____/

IN THE COUNTY COURT IN AND FOR
BROWARD COUNTY, FLORIDA

Case No.:  **COCE-21-004262**
_____

Judge:  _____

Division:  _____

## SUMMONS/NOTICE TO APPEAR
## PRETRIAL CONFERENCE [REMOTE APPEARANCE]

## STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**Plaintiff Perry Davis**,
*c/o* LAW OFFICES OF JIBRAEL S. HINDI, PLLC, 110 SE 6th Street, 17th Floor, Ft. Lauderdale, FL 33301

**Defendant Healthcare Revenue Recovery Group LLC, d/b/a ARS Account Resolution Services**,
*c/o* Corporation Service Company, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525

---

Pretrial Information: Appear at

on 07/20/2021 at 10:01 AM
in https://17thflcourts.zoom.us/j/874680432.

---

**IMPORTANT – READ CAREFULLY – THIS CASE WILL NOT BE TRIED AT THAT TIME.
DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY.**

**THESE ARE THE THINGS YOU MUST DO:**

**STEP ONE.** Promptly contact Court Mediation Services at Smallclaims@17th.flcourts.org. to schedule your FREE mediation before the Court's neutral mediators in an attempt to resolve you case and/or arrange for a payment plan. [Please provide your name and case number in your email.] If you resolve your case, you will not need to attend the pretrial conference.

**STEP TWO**. If your case does not resolve before the pretrial conference date above, locate the zoom Videoconference information for your assigned division on the attached Zoom link information page or as noted above. You can also locate the Zoom link at **http://www.17th.flcourts.org/judiciary-list-and-category**. (NOTE: Your Division Number is indicated at the very top of this page.) If you do not have an attorney, you may appear by telephone if you do not have access to video appearance through your computer or telephone.

Page **1** of **4**

The telephone number is also available for each Division at http://www.17th.flcourts.org/judiciary-list-and-category.

**STEP THREE.** Attend the pretrial conference by Zoom videoconference. The defendant(s) must appear on the date specified above at the assigned time to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE. The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**ADDITIONAL INFORMATION**. Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal or a business entity. A principal is defined as being an officer, member, managing member, or partner in the business entity. Written authorization must be filed with the Court prior to the pretrial conference.

The purpose of the pretrial conference is to note your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of the witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long the trial will take.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE: The law gives the person or company who has sued you the right to file the lawsuit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note was signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any 1 or more of the defendants sued reside; (6) any location agreed to in the contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where the payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court at least 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's('s) attorney, if any.

A copy of the statement of claim shall be served with this summons /notice to appear.

Issued on _____ MAR 26 2021 _____.

Filed by: _____

Address: _____

_____

BRENDA D. FORMAN

AS CLERK OF THE COURT

_____

BRENDA D. FORMAN

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## <u>ZOOM LINK INFORMATION (BROWARD COUNTY)</u>

<u>**Step 1**</u>: **Locate your division number on the very top of the first page of this Summons**

<u>**Step 2**</u>: **Access via computer the Zoom Link below corresponding to your assigned division number.**

<u>**Step 3**</u>: **Follow the instructions on your computer screen and select ONE of the audio conference options. You may join by phone call or by computer audio (speaker and microphone required for computer audio). Please note that COUNSEL must join by computer audio/video so that you are easily identified.**

<u>**Step 4**</u>: **If you do not have access to computer video/audio, you may call by telephone:**

**US toll-free numbers (888) 475-4499,**

**(833) 548-0276, (833) 548-0282, or (877) 853-5257**

**When prompted on the telephone for the "Meeting ID," use the 9 to 11-digit code at the end <u>of the division link below.</u>**

**Division 47** <u>https://17thflcourts.zoom.us/j/95687147196</u>

**Division 48** https://17thflcourts.zoom.us/j/292953734

**Division 49** https://17thflcourts.zoom.us/j/906144255

**Division 50** https://17thflcourts.zoom.us/j/154272965

**Division 51** https://17thflcourts.zoom.us/j/874680432

**Division 52** https://17thflcourts.zoom.us/j/530095888

**Division 53** https://17thflcourts.zoom.us/j/401645765

**Division 54** https://17thflcourts.zoom.us/j/911872548

**Division 55** https://17thflcourts.zoom.us/j/832434674

**Division 56** https://17thflcourts.zoom.us/j/121103675

**Division 60** https://17thflcourts.zoom.us/j/990901272

**Division 61** https://17thflcourts.zoom.us/j/606672692

**Division 62** https://17th.flcourts.zoom.us/j/98661669177

**Division 70** https://17thflcourts.zoom.us/j/561587919

**Division 71** https://17thflcourts.zoom.us/j/294767991

**Division 72** https://17thflcourts.zoom.us/j/402362403

**Division 73** https://17thflcourts.zoom.us/j/499985495

**Division 80** https://17thflcourts.zoom.us/j/489403007

**Division 81** https://17thflcourts.zoom.us/j/855034385

**Division 82** https://17thflcourts.zoom.us/j/190948749

**Division 83** https://17thflcourts.zoom.us/j/684278427

## In the County Court in and for Broward County, Florida

Perry Davis
    Plaintiff

vs.

Health Revenue Recovery Group LLC
    Defendant

Case No: COCE-21-004262

Judge: Kathleen McCarthy
Division: 51

### Notice of Resetting Pretrial Hearing

You are hereby notified on this the 18th day of March, 2021, that the above styled case has been reset for pretrial hearing for the 7/20/2021 at 10:01 AM at:
Locate your division number in the top section of this Notice above

### ZOOM LINK INFORMATION

**Step 1: Access via computer the Zoom Link https://17thflcourts.zoom.us/j/874680432**
**Step 2: Follow the instructions on your computer screen and select ONE of the audio conference options. You may join by phone call or by computer audio (speaker and microphone required for computer audio). Please note that COUNSEL must join by computer audio/video so that you are easily identified.**
**Step 3: If you do not have access to computer video/audio, you may call by telephone:**
**US toll-free numbers (888) 475-4499,**
**(833) 548-0276, (833) 548-0282, or (877) 853-5257**
**When prompted on the telephone for the "Meeting ID," use the 9 or 10-digit code at the end of the division link in Step 1 above.**

To wit:

Please be governed accordingly.

Copies Furnished To:
Plaintiff_____
Plaintiff's Atty_X____

Defendant(s)_____
Defendant's Atty_____

Brenda D. Forman
Clerk of Courts

Deputy Clerk

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the**

provision of certain assistance.  Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.

**In the County Court in and for Broward County, Florida**

**Date:  03/09/2021**

**Time:  9:15 AM**

**Div 51 - Kathleen McCarthy**

Perry Davis                                                   Case No.    COCE-21-004262
   Plaintiff

vs.

Health Revenue Recovery Group LLC
   Defendant

# DISPOSITION ORDER ON
# PRETRIAL CONFERENCE

\_\_\_\_ THE CLERK SHALL RESET PRETRIAL PENDING    PRINCIPAL     $_____
SERVICE, RULE 1.070(j) HEREBY INVOKED

\_\_\_\_ A (DEFAULT) IS HEREBY ENTERED AGAINST THE    PREJUDGMENT    $_____
DEFENDANT(S), AND THE    INTEREST
(PLAINTIFF SHALL SUBMIT) (CLERK SHALL PREPARE)
A (AGREED) JUDGMENT FOR PLAINTIFF **[SEE RIGHT]**

\_\_\_\_ THIS CASE IS DISMISSED (WITH) (WITHOUT)    COSTS     $_____
PREJUDICE; PLAINTIFF REQUEST OR DID NOT APPEAR

\_\_\_\_ THIS CASE IS DISMISSED AS SETTLED (IN FULL)    ATTY FEES     $\_\_\_\_\_
(BY STIPULATION FOR PAYMENTS)

\_\_\_\_ THE COURT RETAINS JURISDICTION TO ENFORCE THE    INTEREST RATE   _____%
TERMS OF SETTLEMENT

\_\_\_\_ THE PARTIES HAVE \_\_\_ DAYS TO SUBMIT/FILE BY
E-ORDER JOINT STIP INVOKING RULES OF CIV PROC,
CONSISTENT W/DIV ONLINE PROCEDURES

\_\_\_\_ OTHER
   _____

JUDGE'S NOTES OR SPECIAL INSTRUCTIONS TO CLERK:

*NS* _____

_____

DONE AND ORDERED THIS _____ DAY OF _____ MAR 0 9 2021 _____

_____
County Court Judge

MAR 17 2021

**IN THE COUNTY COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT**
**IN AND FOR BROWARD COUNTY, FLORIDA**

CASE NO.: COCE-21-004262

PERRY DAVIS,

      Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP LLC, d/b/a ARS ACCOUNT RESOLUTION SERVICES,

      Defendant.

_____/

**NOTICE OF NON-SERVICE**

Plaintiff Perry Davis, by and through undersigned counsel, hereby submits this Notice of

Non-Service and states service of process was attempted upon Defendant Healthcare Revenue Recovery

Group, LLC d/b/a ARS Account Resolution Services  at  the incorrect address, and respectfully requests

that the Court issue a new Summons to be served upon Defendant.

Dated: March 24, 2021

                                  Respectfully Submitted,

                                    /s/ Thomas J. Patti
                                **THOMAS J. PATTI, ESQ.**
                                Florida Bar No.: 118377
                                E-mail:    tom@jibraellaw.com
                                The Law Offices of Jibrael S. Hindi
                                110 SE 6th Street, Suite 1744
                                Fort Lauderdale, Florida 33301
                                Phone:    954-907-1136
                                Fax:      855-529-9540

                                *COUNSEL FOR PLAINTIFF*

## CERTIFICATE OF SERVICE

The undersigned certifies that on March 24, 2021 the forgoing was electronically filedvia

the Court's e-filing system on all counsel of record.

/s/ Thomas J. Patti
**THOMAS J. PATTI, ESQ.**
Florida Bar No.: 118377

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
110 SE 6th Street, 17th Floor | Ft. Lauderdale, Florida 33301 | Phone (954) 907-1136 | Fax (855) 529-9540
www.JibraelLaw.com

## RETURN OF SERVICE

State of Florida                County of Broward                County Court

Case Number: COCE-21-004262 (51)   Court Date: 7/20/2021  10:01 am

Plaintiff:
**PERRY DAVIS**

vs.

Defendant:
**HEALTHCARE REVENUE RECOVERY GROUP LLC, d/b/a ARS ACCOUNT
RESOLUTION SERVICES**

For:
Jibrael Hindi
The Law Offices Of Jibrael S. Hindi, PLLC
jibrael@, tom@,bryon@jibraellaw.com
110 SE 6th Street, 17th Floor
Ft. Lauderdale, FL 33301

Received by ALL BROWARD PROCESS CORP. on the 29th day of March, 2021 at 10:22 am to be served on
**Healthcare Revenue Recovery Group LLC, d/b/a ARS Account Resolution Services Corporation Service
Company, 1201 Hays Street, Tallahassee, FL 32301**.

I, MICHAEL C. NOLAN, do hereby affirm that on the **30th day of March, 2021** at **8:15 am, I:**

**LLC/LLP:**  served by delivering a true copy of the **SUMMONS/NOTICE TO APPEAR PRETRIAL CONFERENCE ,
CIVIL COVER SHEET, STATEMENT OF CLAIM , EXHIBIT "A"** with the date and hour of service endorsed thereon
by me, to: **KANEISHA GROSS** as **AUTHORIZED OFFICIAL REPRESENTATIVE** of Registered Agent for Healthcare Revenue
Recovery Group LLC, d/b/a ARS Account Resolution Services Corporation Service Company at the address of: 1201
HAYS STREET, TALLAHASSEE, FL 32301, and informed said person of the contents therein, in compliance with
state statutes.

**Description** of Person Served: Age: 30+, Sex: F, Race/Skin Color: BLACK, Height: 5'6, Weight: 200, Hair: BLACK,
Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in
good standing, in the judicial circuit in which the process was served.  Under penalty of perjury I declare that the
facts contained herein are true to the best of my knowledge.NO NOTARY REQUIRED PURSUANT TO F.S. 92.525
(2).

**MICHAEL C. NOLAN**
Certified Process Server, #111

**ALL BROWARD PROCESS CORP.
701 NORTH FIG TREE LANE
PLANTATION, FL 33317
(954) 214-5194**

Our Job Serial Number: BPC-2021000941
Ref: 2021000941

Copyright © 1992-2021 Database Services, Inc. - Process Server's Toolbox V8.1c

Filing # 123667189 E-Filed 03/24/2021 11:28:17 AM

**IN THE COUNTY COURT IN AND FOR BROWARD COUNTY, FLORIDA**

**PERRY DAVIS,**

        Plaintiff(s),

VERSE

**HEALTHCARE REVENUE RECOVERY GROUP LLC, d/b/a ARS ACCOUNT RESOLUTION SERVICES,**

        Defendant(s).

_____/

Case No.:   **COCE-21-004262**

Judge: _____

Division: _____

ABP# M̅c̅N̅ # III

DATE 3/30/21  TIME 8:15 am

Name Kanevna Gless  Badge/ID# ___

*** scan back executed ***

## SUMMONS/NOTICE TO APPEAR
## PRETRIAL CONFERENCE [REMOTE APPEARANCE]

STATE OF FLORIDA – NOTICE TO PLAINTIFF(S) AND DEFENDANT(S)

**Plaintiff Perry Davis,**
*c/o* LAW OFFICES OF JIBRAEL S. HINDI, PLLC, 110 SE 6th Street, 17th Floor, Ft. Lauderdale, FL 33301

**Defendant Healthcare Revenue Recovery Group LLC, d/b/a ARS Account Resolution Services,**
*c/o* Corporation Service Company, 1201 HAYS STREET, TALLAHASSEE, FL 32301-2525

---

Pretrial Information: Appear at

on 07/20/2021 at 10:01 AM
in https://17thflcourts.zoom.us/j/874680432.

---

**IMPORTANT – READ CAREFULLY – THIS CASE WILL NOT BE TRIED AT THAT TIME. DO NOT BRING WITNESSES – APPEAR IN PERSON OR BY ATTORNEY.**

**THESE ARE THE THINGS YOU MUST DO:**

**STEP ONE.** Promptly contact Court Mediation Services at Smallclaims@17th.flcourts.org.  to schedule your FREE mediation before the Court's neutral mediators in an attempt to resolve you case and/or arrange for a payment plan. [Please provide your name and case number in your email.] If you resolve your case, you will not need to attend the pretrial conference.

**STEP TWO.** If your case does not resolve before the pretrial conference date above, locate the zoom Videoconference information for your assigned division on the attached Zoom link information page or as noted above. You can also locate the Zoom link at **http://www.17th.flcourts.org/judiciary-list-and-category**. (NOTE: Your Division Number is indicated at the very top of this page.) If you do not have an attorney, you may appear by telephone if you do not have access to video appearance through your computer or telephone.

*** FILED: BROWARD COUNTY, FL  BRENDA D. FORMAN, CLERK 03/24/2021 11:28:15 AM.****

The telephone number is also available for each Division at http://www.17th.flcourts.org/judiciary-list-and-category.

**STEP THREE.**   Attend the pretrial conference by Zoom videoconference. The defendant(s) must appear on the date specified above at the assigned time to avoid a default judgment. The plaintiff(s) must appear to avoid having the case dismissed. A written MOTION or ANSWER to the court by the plaintiff(s) or the defendant(s) shall not excuse the personal appearance of a party or its attorney at the PRETRIAL CONFERENCE.   The date and time of the pretrial conference CANNOT be rescheduled without good cause and prior court approval.

**ADDITIONAL INFORMATION.** Any business entity recognized under Florida law may be represented at any stage of the trial court proceedings by any principal of the business entity who has legal authority to bind the business entity or any employee authorized in writing by a principal or a business entity. A principal is defined as being an officer, member, managing member, or partner in the business entity. Written authorization must be filed with the Court prior to the pretrial conference.

The purpose of the pretrial conference is to note your appearance, to determine if you admit all or part of the claim, to enable the court to determine the nature of the case, and to set the case for trial if the case cannot be resolved at the pretrial conference. You or your attorney should be prepared to confer with the court and to explain briefly the nature of your dispute, state what efforts have been made to settle the dispute, exhibit any documents necessary to prove the case, state the names and addresses of the witnesses, stipulate to the facts that will require no proof and will expedite the trial, and estimate how long the trial will take.

Mediation may take place at the pretrial conference. Whoever appears for a party must have full authority to settle. Failure to have full authority to settle at this pretrial conference may result in the imposition of costs and attorneys' fees incurred by the opposing party.

If you admit the claim, but desire additional time to pay, you must come and state the circumstances to the court. The court may or may not approve a payment plan and withhold judgment or execution or levy.

**RIGHT TO VENUE: The law gives the person or company who has sued you the right to file the lawsuit in any one of several places as listed below. However, if you have been sued in any place other than one of these places, you, as the defendant(s), have the right to request that the case be moved to a proper location or venue. A proper location or venue may be one of the following: (1) where the contract was entered into; (2) if the suit is on an unsecured promissory note, where the note was signed or where the maker resides; (3) if the suit is to recover property or to foreclose a lien, where the property is located; (4) where the event giving rise to the suit occurred; (5) where any 1 or more of the defendants sued reside; (6) any location agreed to in the contract; (7) in an action for money due, if there is no agreement as to where suit may be filed, where the payment is to be made.**

If you, as the defendant(s), believe the plaintiff(s) has/have not sued in one of these correct places, you must appear on your court date and orally request a transfer, or you must file a WRITTEN request for transfer in affidavit form (sworn to under oath) with the court at least 7 days prior to your first court date and send a copy to the plaintiff(s) or plaintiff's('s) attorney, if any.

A copy of the statement of claim shall be served with this summons /notice to appear.

Issued on _____MAR 26 2021_____.

Filed by: _____

Address: _____

_____

BRENDA D. FORMAN

AS CLERK OF THE COURT

_____

BRENDA D. FORMAN

**If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Diana Sobel, Room 20140, 201 S.E. Sixth Street, Fort Lauderdale, Florida 33301, 954-831-7721 at least 7 days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than 7 days; if you are hearing or voice impaired, call 711.**

## ZOOM LINK INFORMATION (BROWARD COUNTY)

**Step 1:** Locate your division number on the very top of the first page of this Summons

**Step 2:** Access via computer the Zoom Link below corresponding to your assigned division number.

**Step 3:** Follow the instructions on your computer screen and select ONE of the audio conference options. You may join by phone call or by computer audio (speaker and microphone required for computer audio). Please note that COUNSEL must join by computer audio/video so that you are easily identified.

**Step 4:** If you do not have access to computer video/audio, you may call by telephone:

US toll-free numbers (888) 475-4499,

(833) 548-0276, (833) 548-0282, or (877) 853-5257

When prompted on the telephone for the "Meeting ID," use the 9 to 11-digit code at the end of the division link below.

Division 47 https://17thflcourts.zoom.us/j/95687147196

Page 3 of 4

Division 48 https://17thflcourts.zoom.us/j/292953734

Division 49 https://17thflcourts.zoom.us/j/906144255

Division 50 https://17thflcourts.zoom.us/j/154272965

Division 51 https://17thflcourts.zoom.us/j/874680432

Division 52 https://17thflcourts.zoom.us/j/530095888

Division 53 https://17thflcourts.zoom.us/j/401645765

Division 54 https://17thflcourts.zoom.us/j/911872548

Division 55 https://17thflcourts.zoom.us/j/832434674

Division 56 https://17thflcourts.zoom.us/j/121103675

Division 60 https://17thflcourts.zoom.us/j/990901272

Division 61 https://17thflcourts.zoom.us/j/606672692

Division 62 https://17th.flcourts.zoom.us/j/98661669177

Division 70 https://17thflcourts.zoom.us/j/561587919

Division 71 https://17thflcourts.zoom.us/j/294767991

Division 72 https://17thflcourts.zoom.us/j/402362403

Division 73 https://17thflcourts.zoom.us/j/499985495

Division 80 https://17thflcourts.zoom.us/j/489403007

Division 81 https://17thflcourts.zoom.us/j/855034385

Division 82 https://17thflcourts.zoom.us/j/190948749

Division 83 https://17thflcourts.zoom.us/j/684278427