UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-60842-RAR

**PERRY DAVIS**,

    Plaintiff,

v.

**HEALTHCARE REVENUE RECOVERY GROUP, LLC d/b/a ARS ACCOUNT RESOLUTION SERVICES**,

    Defendant.
_____/

## ORDER SCHEDULING MEDIATION

The mediation conference in this matter shall be held with Christopher Benjamin, Esq. on **Tuesday, September 28, 2021 at 10:00 A.M.** via Zoom videoconference or any other means mutually agreed to by the parties. A report of the mediation must be filed **within seven (7) days** thereafter.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 28th day of May, 2021.

_____
**RODOLFO A. RUIZ II**
**UNITED STATES DISTRICT JUDGE**