UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 0:21-cv-60842-RAR

PERRY DAVIS,

    Plaintiff,

v.

HEALTHCARE REVENUE RECOVERY
GROUP, LLC, d/b/a ARS ACCOUNT
RESOLUTION SERVICES,

    Defendant.
_____/

## JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE

COMES NOW, Plaintiff, Perry Davis, and Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), by and through their undersigned counsel, and would represent to the Court that this action has been resolved and would request entry of an Order dismissing this matter with Prejudice, each party to bear their own costs and attorneys' fees.

Dated this **10th day of September 2021.**

| | |
|---|---|
| */s/Jibrael S. Hindi* | */s/ Ernest H. Kohlmyer, III* |
| Jibrael S. Hindi, Esquire | Ernest H. Kohlmyer, III, Esquire |
| Florida Bar No. 118259 | Florida Bar No. 110108 |
| jibrael@jibraellaw.com | Skohlmyer@shepardfirm.com |
| The Law Offices of Jibrael S. Hindi | Shepard, Smith, Kohlmyer & Hand, P.A. |
| 110 SE 6th Street, Suite 1744 | 2300 Maitland Center Parkway, Suite 100 |
| Fort Lauderdale, Florida 33301 | Maitland, Florida 32751 |
| Telephone: 954-907-1136 | Telephone (407) 622-1772 |
| Facsimile: 855-529-9540 | Facsimile (407) 622-1884 |
| *Attorneys for Plaintiff* | *Attorneys for Defendant, Healthcare Revenue Recovery Group, LLC d/b/a ARS Account Resolution Services* |

*/s/ Thomas J. Patti*
Thomas J. Patti, Esquire
Florida Bar No.: 118377
tom@jibraellaw.com
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, Florida 33301
Telephone: 954-907-1136
Facsimile: 855-529-9540
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing has been electronically filed on **September 10, 2021,** via the Clerk of Court's CM/ECF system. I further certify that the foregoing has been sent via electronic transmission to the following: Jibrael S. Hindi, Esquire at jibrael@jibraellaw.com and Thomas J. Patti, Esquire at tom@ jibraellaw.com *(Attorneys for Plaintiff).*

*/s/ Ernest H. Kohlmyer, III*
Ernest H. Kohlmyer, III
Florida Bar No.: 110108
skohlmyer@Shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL  32751
Phone: (407) 622-1772
Fax: (407) 622-1884
*Attorneys for Defendant, Healthcare*
*Revenue Recovery Group, LLC d/b/a ARS*
*Account Resolution Services*